UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY N. COSS,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>    Respondents. | No. 2:14-cv-1490 JAM GGH P<br><br><br>FINDINGS & RECOMMENDATIONS |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order of July 17, 2014, petitioner was informed of the deficiencies in his petition, which was dismissed with leave to file an amended petition within twenty-eight days. Petitioner was warned that failure to file an amended petition would result in dismissal of this action. (Dkt. no. 5.) The twenty-eight day period has passed, and petitioner has not filed an amended petition.

For the reasons stated in this court's July 17, 2014 order, IT IS RECOMMENDED that:

1. The petition be dismissed;

2. This action be closed; and

/////

1

    3. A certificate of appealability should not issue.[1]

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 2, 2014

                                                 <u>/s/ Gregory G. Hollows</u>

                                           UNITED STATES MAGISTRATE JUDGE

GGH:076/Coss1490.dis

---

[1] A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  For the reasons set forth in this court's July 17, 2014 order, petitioner has not made a substantial showing of the denial of a constitutional right.